# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT COLUMBIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 1:24-bk-01377 |
| JEFFERY WAYNE LOVELL and ) | Chapter 13 |
| TIFFANY NICOLE LOVELL, ) | |
| ) | Judge Charles M. Walker |
| Debtors. ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, ADVANCED BUILDING SOLUTIONS, INC., a creditor, hereby gives notice to this Court of the appearance of its counsel in this matter. In addition to the notices and orders to which undersigned is a party, please provide copies of all electronic notices sent in this case to the undersigned at the following address:

Brooks E. Brasfield
THOMPSON BURTON, PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
brooks@thompsonburton.com

this 28th day of May, 2024.

                                              Respectfully submitted,

                                              /s/ Brooks E. Brasfield
                                              Brooks E. Brasfield, BPR #41559
                                              William B. Hicky, BPR #25452
                                              Phillip G. Young, BPR #21087
                                              Justin T. Campbell, BPR #31056
                                              THOMPSON BURTON, PLLC
                                              Palmer Plaza
                                              1801 West End Avenue, Suite 1550
                                              Nashville, Tennessee 37203
                                              Telephone:  (615) 988-1627
                                              Facsimile:   (615) 691-8818
                                              *Attorneys for Advanced Building Solutions, Inc.*