Debtor 1    Jeffery Wayne Lovell

Debtor 2    Tiffany Nicole Lovell
(Spouse, if filing)

United States Bankruptcy Court for the: Middle    District of Tennessee
                                                                           (State)

Case number    1:24-bk-01377

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Onslow Bay Financial LLC      **Court claim no**. (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: ******2725

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No

[ ] Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: PLAN REVIEW | 5/6/2024 | (11) | $ 300.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jeffery Wayne Lovell | Case number (if known) 1:24-bk-01377 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Bryan S. Fairman
Signature

Date 7 / 16 / 2024

Print: Bryan S. Fairman
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3333 Camino del Rio South, Suite 225
Number   Street
San Diego   CA   92108
City   State   ZIP Code

Contact phone ( 858 ) 750 – 7600

Email: PCN-PPFN.Inquiries@mrcooper.com

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE - COLUMBIA DIVISION

| | |
|---|---|
| In re<br><br>JEFFERY WAYNE LOVELL and TIFFANY NICOLE LOVELL,<br><br>Debtor(s). | Case No. 1:24-bk-01377<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Shannon Ruth, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On July 23, 2024, I caused a copy of the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows. A total of four (4) parties have been served. SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2024

/s/ *Shannon Ruth*
SHANNON RUTH
ALDRIDGE PITE, LLP
Six Piedmont Center, 3525 Piedmont Road,
N.E., Suite 700, Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Jeffery Wayne Lovell
Tiffany Nicole Lovell
1399 Cliff Amos Rd
Spring Hill, TN 37174

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

KEITH DAVID SLOCUM

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

HENRY EDWARD HILDEBRAND, III

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

US TRUSTEE