United States Bankruptcy Court

Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-01377-CMW |
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
|     Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0650-1  User: admin  Page 1 of 2
Date Rcvd: Jul 22, 2024  Form ID: failfmcc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

**Name**    **Email Address**

Brooks Brasfield
    on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

KEITH DAVID SLOCUM
    on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MICHAEL GERARD CLIFFORD
    on behalf of Creditor Onslow Bay Financial LLC mclifford@logs.com LOGSECF@LOGS.COM

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
    on behalf of Creditor Advanced Building Solutions Inc. will@thompsonburton.com

Form failfmcc (rev 2/2016)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
## Case No. 1:24−bk−01377
**Chapter 13**

In re:

| | |
|---|---|
| Jeffery Wayne Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 | Tiffany Nicole Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 |
| Social Security No.:<br>xxx−xx−8817 | Social Security No.:<br>xxx−xx−4274 |

## NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE

To the Debtor(s):

You are receiving this notice because the Clerk is obligated to inform you that the Financial Management Course Certification Statement (Official Form 423) required by Rule 1007(b)(7) has not been filed in your case. If you are currently a Chapter 7 debtor, the statement must be filed within 60 days after the first set date for the meeting of creditors. If you are currently a Chapter 13 debtor, the statement must be filed no later than the date when the last payment required under the plan is made. If you fail to timely file the Financial Management Certification Statement, your case will be closed without you receiving a discharge.

Dated: 7/22/24

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court