# IN THE UNTIED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Jeffrey Wayne Lovell and, ) | Case No. 1:24-bk-01377 |
| Tiffany Nicole Lovell, ) | Chapter 13 |
| ) | Judge Walker |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned files this appearance in this case and gives notice that he will appear and represent the interests of <u>Advanced Building Solutions, Inc.</u> and requests to be served with copies of all filings and notice in this case in accordance with the Federal Rules of Bankruptcy Procedure, and the Local Rules for the Middle District of Tennessee. Service may be made as follows:

> Justin T. Campbell
> Thompson Burton PLLC
> 1801 West End Avenue, Suite 1550
> Nashville, TN 37203
> Tel:    615.465.6015
> Justin@thompsonburton.com

Dated this 14th day of August, 2024.

By:    /s/ Justin T. Campbell
       Justin T. Campbell, Tn. Bar No. 31056
       Thompson Burton PLLC
       1801 West End Avenue, Suite 1550
       Nashville, Tennessee 37203
       Voice: (615) 465-6015
       Fax:    (615) 807-3048
       Justin@thompsonburton.com

       Counsel for Advanced Building Solutions

## CERTIFICATE OF SERVICE

  I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: August 14, 2024.

                /s/ Justin T. Campbell
                Justin T. Campbell