# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>1:24−bk−01377</u>
#### Chapter 13

In re:

| | |
|---|---|
| Jeffery Wayne Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 | Tiffany Nicole Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 |
| Social Security No.:<br>xxx−xx−8817 | Social Security No.:<br>xxx−xx−4274 |

## BILL OF COSTS
## AND NOTICE OF POTENTIAL CLOSURE OF CASE
## WITHOUT DISCHARGE FOR FAILURE TO PAY FILING FEES

To the Debtor(s):

You are receiving this notice and bill of costs because the filing fees for filing your bankruptcy case have not been paid in full.

---

Jeffery Wayne Lovell and Tiffany Nicole Lovell

COSTS DUE of $ <u>313.00</u>.

*9* – Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $313.00. (RE: Ref Doc #4), BY THE COURT: Judge Charles M. Walker. (jlm)

Payments must be made by cashier's check, money order or cash. If making a cash payment, DO NOT MAIL CASH. Cash payments must be made at the Clerk's Office in person. If mailing a cashier's check or money order make payable and mail to:

CLERK, U.S. BANKRUPTCY COURT
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

---

If the amount referenced above is not paid within 30 days of the date of this notice, your case will be closed without you receiving a discharge. To prevent paying a fee to reopen your case in order for a discharge to be issued, please timely pay the filing fee.

Dated: <u>8/26/24</u>                                                  /s/ TERESA C. AZAN
                                                                                    Clerk, U.S. Bankruptcy Court