United States Bankruptcy Court
Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-01377-CMW |
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 2
Date Rcvd: Aug 26, 2024     Form ID: nclosffb     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brooks Brasfield
    on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
    on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
    on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MICHAEL GERARD CLIFFORD
    on behalf of Creditor Onslow Bay Financial LLC mclifford@logs.com LOGSECF@LOGS.COM

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY

on behalf of Creditor Advanced Building Solutions Inc. will@thompsonburton.com

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. 1:24−bk−01377
#### Chapter 13

In re:

| | |
|---|---|
| Jeffery Wayne Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 | Tiffany Nicole Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 |
| Social Security No.:<br>xxx−xx−8817 | Social Security No.:<br>xxx−xx−4274 |

## BILL OF COSTS
## AND NOTICE OF POTENTIAL CLOSURE OF CASE
## WITHOUT DISCHARGE FOR FAILURE TO PAY FILING FEES

To the Debtor(s):

You are receiving this notice and bill of costs because the filing fees for filing your bankruptcy case have not been paid in full.

---

Jeffery Wayne Lovell and Tiffany Nicole Lovell

COSTS DUE of $ 313.00.

*9* − Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $313.00. (RE: Ref Doc #4), BY THE COURT: Judge Charles M. Walker. (jlm)

Payments must be made by cashier's check, money order or cash. If making a cash payment, DO NOT MAIL CASH. Cash payments must be made at the Clerk's Office in person. If mailing a cashier's check or money order make payable and mail to:

CLERK, U.S. BANKRUPTCY COURT
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

---

If the amount referenced above is not paid within 30 days of the date of this notice, your case will be closed without you receiving a discharge. To prevent paying a fee to reopen your case in order for a discharge to be issued, please timely pay the filing fee.

Dated: 8/26/24

/s/ TERESA C. AZAN
Clerk, U.S. Bankruptcy Court