SC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
JEFFERY WAYNE LOVELL  
1399 CLIFF AMOS RD  
SPRING HILL, TN  37174  

CASE NO. 24-01377-CW1-13  
09/10/2024

SSN XXX-XX-8817

**AMENDED**

**ORDER TO PAY TRUSTEE**

    The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

    IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$2,874.25 WEEKLY** and each succeeding period thereafter to the Trustee at least monthly.

| **MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:**<br><br>**CHAPTER 13 TRUSTEE**<br>**P O BOX 340019**<br>**NASHVILLE, TN  37203** | **PLEASE INCLUDE ON ALL PAYMENTS:**<br><br>**NAME: JEFFERY WAYNE LOVELL**<br>**CASE NUMBER: 124-01377** | **FOR INQUIRIES:**<br><br>**PHONE: 615-244-1101** |
|---|---|---|

    IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by electronic payment utilizing the TFS Nationwide System.

    IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

    IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: JEFFERY WAYNE LOVELL  
    KEITH D SLOCUM  
    PAID DIRECT BY DEBTOR