United States Bankruptcy Court

Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-01377-CMW |
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0650-1      User: admin      Page 1 of 2
Date Rcvd: Sep 10, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brooks Brasfield | on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email |
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com |
| KEITH DAVID SLOCUM | on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com |
| MICHAEL GERARD CLIFFORD | on behalf of Creditor Onslow Bay Financial LLC mclifford@logs.com LOGSECF@LOGS.COM |
| US TRUSTEE | |

ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY

on behalf of Creditor Advanced Building Solutions Inc. will@thompsonburton.com

TOTAL: 7

```
                                                          Charles M. Walker
                                                          U.S. Bankruptcy Judge
                                                          Dated: 9/10/2024
```



```
                                                                                    SC


                       IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE MIDDLE DISTRICT OF TENNESSEE



   IN RE:                                          CASE NO. 24-01377-CW1-13
   JEFFERY WAYNE LOVELL                            09/10/2024
   1399 CLIFF AMOS RD
   SPRING HILL, TN  37174

   SSN XXX-XX-8817


                                      AMENDED

                                ORDER TO PAY TRUSTEE

        The debtor named above has filed a petition for relief under Chapter 13 of the
   Bankruptcy code and has submitted all future income to the jurisdiction of the United
   States Bankruptcy Court.

        IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor
   named above shall pay the sum of $2,874.25 WEEKLY  and each succeeding period
   thereafter to the Trustee at least monthly.
```

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JEFFERY WAYNE LOVELL<br>CASE NUMBER: 124-01377 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101 |
|---|---|---|

```
        IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by
   electronic payment utilizing the TFS Nationwide System.

        IT IS FURTHER ORDERED, that the payments required herein are to commence
   IMMEDIATELY UPON RECEIPT of this order.

        IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor
   to make payments to the Trustee in this case.



                                                    This Order has been electronically
                                                    signed. The Judge's signature and
                                                    Court's seal appear at the top of the
                                                    first page.
                                                    United States Bankruptcy Court.
     cc:  JEFFERY WAYNE LOVELL
          KEITH D SLOCUM
          PAID DIRECT BY DEBTOR
```

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.