IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:
Jeffery Wayne Lovell  BK: 24-01377-CW1-13
Tiffany Nicole Lovell
Debtor

## REQUEST FOR NEW PAYROLL DEDUCTION ORDER

Comes the debtor, Jeffery Wayne lovell, through counsel, Keith D. Slocum, and would request the Court to issue a new Payroll Deduction Order as follows:

Issue a new direct monthly payroll deduction order in the amount of $12,456.00 for Jeffery Wayne Lovell

Respectfully submitted October 1, 2024

/s/ Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Slocum Law
Attorney for the Debtors
370 Mallory Station Road, Ste 504
Franklin, TN 37067
M (615) 656-3344
F (615) 647-0651
Keith@keithslocum.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to Debtor, sent by Electronic Case Noticing to the Chapter 13 Trustee, Henry E. Hildebrand, III and to the U.S. Trustee's Office

/s/Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Slocum Law