

SO ORDERED.
SIGNED 2nd day of October, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

CD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                    CASE NO. 24-01377-CW1-13
JEFFERY WAYNE LOVELL                                   10/02/2024
1399 CLIFF AMOS RD
SPRING HILL, TN  37174
SSN XXX-XX-8817
```

**AMENDED**

**ORDER TO PAY TRUSTEE**

   The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

   IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$12,456.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JEFFERY WAYNE LOVELL<br>CASE NUMBER: 124-01377 |
|---|---|
| | **FOR INQUIRIES:**<br><br>**PHONE: 615-244-1101** |

  IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

  IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

  IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: JEFFERY WAYNE LOVELL
  KEITH D SLOCUM
  PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

Case 1:24-bk-01377   Doc 51   Filed 10/02/24   Entered 10/02/24 15:04:23   Desc Main
Document    Page 2 of 2