United States Bankruptcy Court
Middle District of Tennessee

In re:                                                      Case No. 24-01377-CMW
Jeffery Wayne Lovell                              Chapter 13
Tiffany Nicole Lovell
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-1                           User: admin                                    Page 1 of 2
Date Rcvd: Oct 02, 2024                   Form ID: pdf001                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

**Recip ID**              **Recipient Name and Address**
db/jdb                +   Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024                            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

**Name**                            **Email Address**

Brooks Brasfield
                                on behalf of Creditor Advanced Building Solutions  Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
                                hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
                                on behalf of Creditor Advanced Building Solutions  Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
                                on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com  slocum.keithb121698@notify.bestcase.com

MICHAEL GERARD CLIFFORD
                                on behalf of Creditor Onslow Bay Financial LLC mclifford@logs.com  LOGSECF@LOGS.COM

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY

on behalf of Creditor Advanced Building Solutions Inc. will@thompsonburton.com

TOTAL: 7

SO ORDERED.
SIGNED 2nd day of October, 2024



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

CD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                CASE NO. 24-01377-CW1-13
JEFFERY WAYNE LOVELL                                 10/02/2024
1399 CLIFF AMOS RD
SPRING HILL, TN  37174
SSN XXX-XX-8817
```

**AMENDED**

**ORDER TO PAY TRUSTEE**

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$12,456.00 MONTHLY**  and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JEFFERY WAYNE LOVELL<br>CASE NUMBER: 124-01377 |
|---|---|

**FOR INQUIRIES:**

**PHONE: 615-244-1101**

 IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

 IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

 IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: JEFFERY WAYNE LOVELL
  KEITH D SLOCUM
  PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.