Form DBCLMFRM

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **1:24–bk–01377**
Chapter 13

In re:

   Jeffery Wayne Lovell　　　　　　　　　　　　Tiffany Nicole Lovell
   1399 Cliff Amos Rd　　　　　　　　　　　　　1399 Cliff Amos Rd
   Spring Hill, TN 37174　　　　　　　　　　　　Spring Hill, TN 37174

Social Security No.:
   xxx–xx–8817　　　　　　　　　　　　　　　　xxx–xx–4274

Employer's Tax I.D. No.:

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 10/28/24 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

MOHELA
120 N Seven Oaks Dr
Knoxville, TN 37922–2359

Amount of Claim $ 11455.00 (Clm #19)

The deadline for filing is , except that the deadline for filing claims by a governmental unit is 10/21/24.

                                                                        BY THE COURT

Dated: 10/28/24　　　　　　　　　　　　　　　　TERESA C. AZAN
                                                                        Court Clerk

                                                                        BY: /s/ knh
                                                                        Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.