United States Bankruptcy Court

Middle District of Tennessee

| In re: | Case No. 24-01377-CMW |
|---|---|
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0650-1  User: admin  Page 1 of 2
Date Rcvd: Oct 28, 2024  Form ID: dbclmfrm  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 7684022 | ^ MEBN | Oct 28 2024 23:05:38 | MOHELA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

**Name**  **Email Address**

Brooks Brasfield
 on behalf of Creditor Advanced Building Solutions  Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
 hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL

on behalf of Creditor Advanced Building Solutions  Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com  slocum.keithb121698@notify.bestcase.com

MICHAEL GERARD CLIFFORD
on behalf of Creditor Onslow Bay Financial LLC mclifford@logs.com  LOGSECF@LOGS.COM

US TRUSTEE
ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
on behalf of Creditor Advanced Building Solutions  Inc. will@thompsonburton.com

TOTAL: 7

**Form DBCLMFRM**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

Case No. <u>1:24−bk−01377</u>

**Chapter 13**

In re:

   Jeffery Wayne Lovell                           Tiffany Nicole Lovell
   1399 Cliff Amos Rd                           1399 Cliff Amos Rd
   Spring Hill, TN 37174                       Spring Hill, TN 37174

Social Security No.:
   xxx−xx−8817                                      xxx−xx−4274

Employer's Tax I.D. No.:

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 10/28/24 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

MOHELA
120 N Seven Oaks Dr
Knoxville, TN 37922−2359

Amount of Claim $ 11455.00 (Clm #19)

The deadline for filing is , except that the deadline for filing claims by a governmental unit is 10/21/24.

                                                BY THE COURT

Dated: <u>10/28/24</u>                          <u>TERESA C. AZAN</u>
                                                Court Clerk

                                                BY: /s/ knh
                                                Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.