# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL
1399 CLIFF AMOS RD
SPRING HILL, TN  37174

Case No. **24-01377-CW1-13**

JUDGE CHARLES M WALKER

SSN XXX-XX-8817   SSN XXX-XX-4274

## TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **July 01, 2024.** The deadline for filing claims by governmental units was **October 21, 2024.** After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ADVANCED BUILDING SOLUTIONS INC<br>109 TYNE BOULEVARD<br>OLD HICKORY, TN  37138 | **$402,481.46**<br><br>DATE FILED:<br>5/15/2024 | MTG-SECURED PIF MTG C<br>Disb level: 21<br><br>ACCT:<br>COMM: JUDGMENT 21509 CONT 1399 CLIFF AMOS RD MAURY CO LAND DISPUTED INTEREST BY AGREEMENT |
| | TRUSTEE'S CLAIM NO: 1     COURT'S CLAIM# 5<br>PERCENT ALLOWED: **100.00 % + 6.50%** | |
| ADVANCED BUILDING SOLUTIONS INC<br>109 TYNE BOULEVARD<br>OLD HICKORY, TN  37138 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: JUDGMENT 21509 ARRS 1399 CLIFF AMOS RD MAURY CO LAND DISPUTED THROUGH AUG 2024 |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 2 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>AIS PORTFOLIO SERVICES LLC<br>P O BOX 4360<br>HOUSTON, TX  77210 | **$15,100.57**<br><br>DATE FILED:<br>6/18/2024 | 910 AUTOMOBILE LOAN<br>Disb level: 22<br><br>ACCT: **7613**<br>COMM: 2017 FORD MUSTANG |
| | TRUSTEE'S CLAIM NO: 3 | COURT'S CLAIM# 11 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| LIBERTY FCU<br>P O BOX 5129<br>EVANSVILLE, IN  47716 | **$20,000.00**<br><br>DATE FILED:<br>4/26/2024 | SECURED CREDITOR (F)<br>Disb level: 22<br><br>ACCT: **1658**<br>COMM: 2022 POLARIS R22 |
| | TRUSTEE'S CLAIM NO: 4 | COURT'S CLAIM# 1 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| ONSLOW BAY FINANCIAL LLC<br>NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | **$2,313.36**<br><br>DATE FILED:<br>6/28/2024 | MTG-ON GOING MTG PYMT<br>Disb level: 21<br><br>ACCT: **2725**<br>COMM: MTG CONT 1399 CLIFF AMOS RD LAND MAURY COUNTY DISPUTED |
| | TRUSTEE'S CLAIM NO: 5 | COURT'S CLAIM# 17 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| ONSLOW BAY FINANCIAL LLC<br>NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | **$3,235.54**<br><br>DATE FILED:<br>6/28/2024 | MTG-PRE-PETITION ARRE<br>Disb level: 24<br><br>ACCT: **2725**<br>COMM: MTG ARRS 1399 CLIFF AMOS RD LAND MAURY COUNTY DISPUTED THRU APR |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 6 | COURT'S CLAIM# 17 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| ONSLOW BAY FINANCIAL LLC<br>NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX 75261 | $11,566.80<br><br>DATE FILED:<br>6/28/2024 | MTG-GAP PYMTS (POST F<br>Disb level: 24<br><br>ACCT: **2725**<br>COMM: MAY SEP 24<br>1399 CLIFF AMOS RD<br>LAND MAURY COUNTY<br>DISPUTED |
| | TRUSTEE'S CLAIM NO: 7 | COURT'S CLAIM# 17 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>, 00000 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| AIDVANTAGE<br>P O BOX 3229<br>WILMINGTON, DE 19804 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **3128**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 9 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $4,299.78<br><br>DATE FILED:<br>8/20/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **1978**<br>COMM: MASTERCARD<br>BARCLAYS BANK<br>DELAWARE AMENDED |
| | TRUSTEE'S CLAIM NO: 10 | COURT'S CLAIM# 16 |
| | PERCENT ALLOWED: **20.00 %** | |

| Creditor | Amount | Type | Details |
|---|---|---|---|
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $8,936.72<br><br>DATE FILED:<br>5/16/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **4297**<br>COMM: CREDIT CARD | TRUSTEE'S CLAIM NO: 11 — COURT'S CLAIM# 6<br>PERCENT ALLOWED: **20.00 %** |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,581.57<br><br>DATE FILED:<br>6/21/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **7340**<br>COMM: CAPITAL ONE KOHLS CARD | TRUSTEE'S CLAIM NO: 12 — COURT'S CLAIM# 12<br>PERCENT ALLOWED: **20.00 %** |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA 98083 | $43.16<br><br>DATE FILED:<br>6/21/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **5645**<br>COMM: VICTORIAS SECRET UPLCC | TRUSTEE'S CLAIM NO: 13 — COURT'S CLAIM# 13<br>PERCENT ALLOWED: **20.00 %** |
| EQUIFAX INFORMATION SVCS<br>P O BOX 740256<br>ATLANTA, GA 30374 | $0.00<br><br>DATE FILED:<br>NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: | TRUSTEE'S CLAIM NO: 14 — COURT'S CLAIM#<br>PERCENT ALLOWED: **.00 %** |
| EXPERIAN<br>P O BOX 4500<br>ALLEN, TX 75013 | $0.00<br><br>DATE FILED:<br>NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: | |

|  |  |  |
|---|---|---|
| TRUSTEE'S CLAIM NO: 15 | COURT'S CLAIM# | |
| PERCENT ALLOWED: **.00 %** | | |

| | | |
|---|---|---|
| GOLDMAN SACHS BANK USA<br>P O BOX 6112<br>PHILADELPHIA, PA  19115 | **$0.00** | UNSECURED CREDITOR (H<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT: **0042**<br>COMM: |

| | | |
|---|---|---|
| TRUSTEE'S CLAIM NO: 16 | COURT'S CLAIM# | |
| PERCENT ALLOWED: **20.00 %** | | |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$26,282.25** | UNSECURED CREDITOR (H<br>Disb level: 41 |
| | DATE FILED:<br>5/24/2024 | ACCT: **1020**<br>COMM: SOUTHWEST<br>RAPID REWARDS CC |

| | | |
|---|---|---|
| TRUSTEE'S CLAIM NO: 17 | COURT'S CLAIM# 7 | |
| PERCENT ALLOWED: **20.00 %** | | |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$3,664.57** | UNSECURED CREDITOR (H<br>Disb level: 41 |
| | DATE FILED:<br>5/23/2024 | ACCT: **7711**<br>COMM: SOUTHWEST<br>RAPID REWARDS CC<br>AMENDED |

| | | |
|---|---|---|
| TRUSTEE'S CLAIM NO: 18 | COURT'S CLAIM# 4 | |
| PERCENT ALLOWED: **20.00 %** | | |

| | | |
|---|---|---|
| KOHLS<br>P O BOX 3115<br>MILWAUKEE, WI  53201 | **$0.00** | UNSECURED CREDITOR (H<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT: **6423**<br>COMM: |

| | | |
|---|---|---|
| TRUSTEE'S CLAIM NO: 19 | COURT'S CLAIM# | |
| PERCENT ALLOWED: **20.00 %** | | |

| | | |
|---|---|---|
| MOHELA<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN  37922 | **$11,455.00**<br><br>DATE FILED:<br>10/28/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT:<br>COMM: STUDENT LOAN<br>FILE A |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 19 |

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677 | **$440.54**<br><br>DATE FILED:<br>6/10/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **7667**<br>COMM: DISCOUNT TIRE<br>CC SYNCHRONY BANK |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$7,889.00**<br><br>DATE FILED:<br>6/25/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **9901**<br>COMM: CC LOWES<br>SYNCHRONY BANK |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 14 |

| | | |
|---|---|---|
| TRANSUNION CONSUMER SOLUTIONS<br>P O BOX 2000<br>CHESTER, PA  19016 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| UNKNOWN PLAINTIFF<br>NO ADDRESS GIVEN<br>,   00000 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **2254**<br>COMM: |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 24 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| UPLIFT INC | $0.00 | UNSECURED CREDITOR (H |
| NO ADDRESS GIVEN | | Disb level: 41 |
| ,   00000 | | |
| | DATE FILED: NOT FILED | ACCT: **4466** COMM: |
| | TRUSTEE'S CLAIM NO: 25 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION | $25,958.41 | UNSECURED CREDITOR (H Disb level: 41 |
| P O BOX 5227 | | |
| CINCINNATI, OH  45201-5227 | DATE FILED: 6/14/2024 | ACCT: **0993** COMM: CC |
| | TRUSTEE'S CLAIM NO: 26 | COURT'S CLAIM# 10 |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION | $8,111.90 | UNSECURED CREDITOR (H Disb level: 41 |
| P O BOX 5227 | | |
| CINCINNATI, OH  45201-5227 | DATE FILED: 6/25/2024 | ACCT: **0102** COMM: CC |
| | TRUSTEE'S CLAIM NO: 27 | COURT'S CLAIM# 15 |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| US BANK | $6,255.30 | UNSECURED CREDITOR (H Disb level: 41 |
| P O BOX 5227 | | |
| CINCINNATI, OH  45201 | DATE FILED: 7/1/2024 | ACCT: **2455** COMM: CREDIT CARD |
| | TRUSTEE'S CLAIM NO: 28 | COURT'S CLAIM# 18 |
| | PERCENT ALLOWED: **20.00 %** | |

PAGE 8 - CHAPTER 13 CASE NO. **24-01377-CW1-13**

---

WELLS FARGO BANK EFT  **$7,655.01**  UNSECURED CREDITOR (H
MAC F2303-032                         Disb level: 41
ONE HOME CAMPUS
DES MOINES, IA  50328
                      DATE FILED:      ACCT: **1072**
                      5/9/2024         COMM:

      TRUSTEE'S CLAIM NO: 29    COURT'S CLAIM# 3
      PERCENT ALLOWED: **20.00 %**

---

AIS PORTFOLIO SERVICES       **$0.00**     NOTICE ONLY (N)
CAPITAL ONE AUTO FINANCE                   Disb level: 0
4515 N SANTA FE AVE  DEPT
APS                         DATE FILED:    ACCT: **7613**
OKLAHOMA CITY, OK  73118    NOT FILED      COMM: CAPITAL ONE
                                           AUTO FINANCE

      TRUSTEE'S CLAIM NO: 30    COURT'S CLAIM#
      PERCENT ALLOWED: **.00 %**

---

LOGS LEGAL GROUP LLP         **$0.00**     NOTICE ONLY (N)
10130 PERIMETER PKWY STE                   Disb level: 0
400
CHARLOTTE, NC  28216        DATE FILED:    ACCT:
                            NOT FILED      COMM: NATIONSTAR
                                           MORTGAGE LLC

      TRUSTEE'S CLAIM NO: 31    COURT'S CLAIM#
      PERCENT ALLOWED: **.00 %**

---

CENTENNIAL MEDICAL CENTER    **$802.23**   UNSECURED CREDITOR (H
RESURGENT CAPITAL SERVICES                 Disb level: 41
P O BOX 1927
GREENVILLE, SC  29602       DATE FILED:    ACCT: **1812**
                            4/30/2024      COMM:

      TRUSTEE'S CLAIM NO: 32    COURT'S CLAIM# 2
      PERCENT ALLOWED: **20.00 %**

---

SPRING HILL IMAGING LLC      **$391.70**   UNSECURED CREDITOR (H
WAKEFIELD AND ASSOCIATES                   Disb level: 41
P O BOX 51272
KNOXVILLE, TN  37950        DATE FILED:    ACCT: **5151**
                            6/4/2024       COMM: MEDICAL

Case 1:24-bk-01377   Doc 56   Filed 11/21/24   Entered 11/21/24 12:08:08   Desc Main
Document    Page 8 of 10

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 33 | COURT'S CLAIM# 8 |
| | PERCENT ALLOWED: **20.00 %** | |

| | | |
|---|---|---|
| ONSLOW BAY FINANCIAL LLC<br>NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX 75261 | **$300.00**<br><br>DATE FILED:<br>7/23/2024 | MTG-FEES, COSTS & EXP<br>Disb level: 24<br><br>ACCT: **2725**<br>COMM: PLAN REVIEW |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 17 |

| | | |
|---|---|---|
| ONSLOW BAY FINANCIAL LLC<br>NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX 75261 | **$300.00**<br><br>DATE FILED:<br>9/11/2024 | MTG-FEES, COSTS & EXP<br>Disb level: 24<br><br>ACCT: **2725**<br>COMM: POC FEES |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 17 |

| | | |
|---|---|---|
| LIBERTY FCU<br>P O BOX 5129<br>EVANSVILLE, IN 47716 | **$6,126.49**<br><br>DATE FILED:<br>4/26/2024 | UNSECURED CREDITOR (H<br>Disb level: 41<br><br>ACCT: **1658**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
| | TRUSTEE'S CLAIM NO: 10004<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |

| | |
|---|---|
| TOTAL | $578,146.00 |

    The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

|  |  |  |
|---|---|---|
| <u>11/21/2024</u><br>DATE | <u>  JRH  </u><br>INITIALS | <u>/s/ Henry E. Hildebrand, III</u><br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>pleadings@ch13nsh.com |

cc:
HENRY E. HILDEBRAND, III
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL
1399 CLIFF AMOS RD
SPRING HILL, TN  37174

KEITH D SLOCUM
PO BOX 680729
FRANKLIN, TN  37068