## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Case No. 1:24-bk-01377** |
| **JEFFERY WAYNE LOVELL and** | ) | **Chapter 13** |
| **TIFFANY NICOLE LOVELL,** | ) | |
| | ) | **Judge Charles M. Walker** |
| Debtors. | ) | |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS
## AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, ADVANCED BUILDING SOLUTIONS, INC., a creditor, hereby gives notice to this Court of the appearance of its counsel in this matter. In addition to the notices and orders to which undersigned is a party, please provide copies of all electronic notices sent in this case to the undersigned at the following address:

William B. Hicky
WILLIAM B. HICKY, ATTORNEY AT LAW
Two American Center
3102 West End Avenue, Suite 400
Nashville, Tennessee 37203
will@hickylaw.com

this 3rd day of March, 2025.

Respectfully submitted,

/s/ William B. Hicky
William B. Hicky, BPR #25452
WILLIAM B. HICKY, ATTORNEY AT LAW
Two American Center
3102 West End Avenue, Suite 400
Nashville, Tennessee 37203
Telephone:   (615) 324-7866
Facsimile:   (615) 691-8818
E-mail:      will@hickylaw.com
*Attorney for Advanced Building Solutions, Inc.*