SO ORDERED.
SIGNED 22nd day of April, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

TDW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                                                                  CASE NO. 24-01377-CW1-13

JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL

## ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN
## TO MODIFY CONTINUING PAYMENT
## PURSUANT TO SECTION 3.1 OF CONFIRMATION ORDER

      It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

      It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

      ORDERED that the Debtors plan be amended as follows:

Direct debtor 1 to increase from **$12,456.00 MONTHLY to $12,506.00 MONTHLY**

The continuing **mortgage** payment made to **ONSLOW BAY FINANCIAL LLC** shall increase from **$2,313.36 to $2,363.27** beginning with the **04/25** disbursement.

The base shall **increase from $747,300.00 to $749,945.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors.

Impacted creditors may be:

**LIBERTY FCU** at **$411.00** per month.

**CAPITAL ONE AUTO FINANCE** at **$321.00** per month.

**ADVANCED BUILDING SOLUTIONS INC** at **$7876.00** per month.

APPROVED FOR
/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

**NOTICE TO:**
JEFFERY WAYNE LOVELL  & TIFFANY NICOLE LOVELL   1399 CLIFF AMOS RD, SPRING HILL, TN  37174
KEITH D SLOCUM  PO BOX 680729, FRANKLIN, TN  37068
ONSLOW BAY FINANCIAL LLC NATIONSTAR MORTGAGE LLC DBA MR COOPER, P O BOX 619094, DALLAS, TX  75261
ONSLOW BAY FINANCIAL LLC  NATIONSTAR MORTGAGE LLC ATTN BK DEPT, P O BOX 619096, DALLAS, TX  75261;
LOGS LEGAL GROUP LLP  10130 PERIMETER PKWY STE 400,  CHARLOTTE, NC 28216

**AFFECTED CREDITORS**
LIBERTY FCU
CAPITAL ONE AUTO FINANCE
ADVANCED BUILDING SOLUTIONS INC