United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 24-01377-CMW
Jeffery Wayne Lovell  Chapter 13
Tiffany Nicole Lovell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 2
Date Rcvd: Apr 23, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

**Name**     **Email Address**

BONNIE CULP
    on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com

Brooks Brasfield
    on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
    on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
    on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MITCHELL CRAIG SMITH
    on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
    on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com

TOTAL: 8

SO ORDERED.
SIGNED 22nd day of April, 2025


Charles M. Walker
U.S. Bankruptcy Judge



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

TDW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
JEFFERY WAYNE LOVELL  
TIFFANY NICOLE LOVELL

CASE NO. 24-01377-CW1-13

## ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN
## TO MODIFY CONTINUING PAYMENT
## PURSUANT TO SECTION 3.1 OF CONFIRMATION ORDER

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Direct debtor 1 to increase from **$12,456.00 MONTHLY to $12,506.00 MONTHLY**

The continuing **mortgage** payment made to **ONSLOW BAY FINANCIAL LLC** shall increase from **$2,313.36 to $2,363.27** beginning with the **04/25** disbursement.

The base shall **increase from $747,300.00 to $749,945.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors.

Impacted creditors may be:
**LIBERTY FCU** at **$411.00** per month.

**CAPITAL ONE AUTO FINANCE** at **$321.00** per month.

**ADVANCED BUILDING SOLUTIONS INC** at **$7876.00** per month.

APPROVED FOR

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

**NOTICE TO:**
JEFFERY WAYNE LOVELL  & TIFFANY NICOLE LOVELL   1399 CLIFF AMOS RD, SPRING HILL, TN  37174

KEITH D SLOCUM  PO BOX 680729, FRANKLIN, TN  37068

ONSLOW BAY FINANCIAL LLC NATIONSTAR MORTGAGE LLC DBA MR COOPER, P O BOX 619094, DALLAS, TX  75261

ONSLOW BAY FINANCIAL LLC  NATIONSTAR MORTGAGE LLC ATTN BK DEPT, P O BOX 619096, DALLAS, TX  75261;

LOGS LEGAL GROUP LLP  10130 PERIMETER PKWY STE 400,  CHARLOTTE, NC 28216

**AFFECTED CREDITORS**
LIBERTY FCU
CAPITAL ONE AUTO FINANCE
ADVANCED BUILDING SOLUTIONS INC