United States Bankruptcy Court
Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-01377-CMW |
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0650-1      User: admin      Page 1 of 2
Date Rcvd: Apr 25, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

BONNIE CULP
     on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com

Brooks Brasfield
     on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
     hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
     on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
     on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MITCHELL CRAIG SMITH
     on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com

US TRUSTEE
　　　　　　　　　　　　　　ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
　　　　　　　　　　　　　　on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com

TOTAL: 8

SO ORDERED.
SIGNED 25th day of April, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

TW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JEFFERY WAYNE LOVELL
1399 CLIFF AMOS RD
SPRING HILL, TN  37174
SSN XXX-XX-8817

CASE NO. 24-01377-CW1-13

**AMENDED**

**ORDER TO PAY TRUSTEE**

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$12,506.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JEFFERY WAYNE LOVELL<br>CASE NUMBER: 124-01377 |
|---|---|

**FOR INQUIRIES:**

**PHONE: 615-244-1101**

    IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by electronic payment utilizing the TFS Nationwide System.

    IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

    IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: JEFFERY WAYNE LOVELL
    KEITH D SLOCUM
    PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.