SO ORDERED.
SIGNED 29th day of April, 2025

_____
Charles M. Walker
U.S. Bankruptcy Judge

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Jeffery Wayne Lovell                    BK: 24-01377-CW1-13

Debtor

_____

**AGREED ORDER ALLOWING PLAN TO CONTINUE AND
PLACING DEBTOR ON PROBATION**

_____

This matter was set for hearing on April 16, 2025, upon the Trustee's Motion to Dismiss for Failure of the Debtor to Fund the Plan with the objection raised by the Debtor. Prior to the call of the docket, the parties agreed for these matters to be resolved by Agreed Order.

IT IS THEREFORE ORDERED:

1. The Trustee's Motion To Dismiss is denied

1

2. The debtor shall forward all tax refunds received subsequent to this order to the trustee for application to the plan

3. The case will be on probation providing for dismissal upon application and order if payments are missed.

4. The debtor shall attend the Trustee's Financial Workshop within 30 days of entry of this order.

**This Order is signed and entered electronically as indicated at the top of this page.**

APPROVED FOR ENTRY:

/s/   Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Slocum Law
Attorney for the debtor
370 Mallory Station Road, Ste 504
M (615) 656-3344
F (615) 647-0651
notice@keithslocum.com

/s/ Henry E Hildebrand III

Digitally signed by /s/ Henry E Hildebrand III
DN: CN=/s/ Henry E Hildebrand III
Reason: I am the author of this document
Location:
Date: 2025.04.29 14:54:46-05'00'
Foxit PDF Reader Version: 2024.4.0

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
Phone - 615/244-1101
Fax 615/242-3241
aoecf@ch13nsh.com