SO ORDERED.
SIGNED 1st day of May, 2025

---
Charles M. Walker
U.S. Bankruptcy Judge

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

LHB

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                           CASE NO. 24-01377-CW1-13
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL
1399 CLIFF AMOS RD
SPRING HILL, TN  37174


SSN XXX-XX-8817      SSN XXX-XX-4274
```

### ORDER DIRECTING INTERNAL REVENUE SERVICE
### TO TRANSMIT REFUNDS TO THE TRUSTEE

The above debtor(s) having filed a voluntary petition for relief in this court pursuant to Chapter 13 of Title 11 of the United States Bankruptcy Code and further, as a provision of their Chapter 13 plan, having dedicated any tax refunds to which such debtor(s) may be entitled to fund such plan and this court, being vested with the authority to direct such refunds be paid to the Trustee pursuant to 11 U.S.C. §1325(C) and 11 U.S.C. 105, it is therefore:

Ordered that the Internal Revenue Service transmit and pay to the standing Chapter 13 Trustee:

```
                    HENRY E. HILDEBRAND, III
                    CHAPTER 13 TRUSTEE
                    P O BOX 340019
                    NASHVILLE, TN  37203
                    615-244-1101
                    pleadings@ch13nsh.com
```

Any and all tax refunds to which the debtor(s) might be entitled pending further orders of the court.

```
CENTRALIZED INSOLVENCY
OPERATION
P O BOX 7346
PHILADELPHIA PA  19101-7346
```

| | |
|---|---|
| APPROVED BY:<br><br>/s/ HENRY E. HILDEBRAND, III<br>―――――――――――――――――――<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>pleadings@ch13nsh.com | THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE. |