United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 24-01377-CMW
Jeffery Wayne Lovell  Chapter 13
Tiffany Nicole Lovell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 4
Date Rcvd: Apr 30, 2025     Form ID: pdf001     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |
| cr | + | Advanced Building Solutions, Inc., 109 Tyne Boulevard, Old Hickory, TN 37138-1220 |
| 7684001 | + | Advance Building Solutions, c/o Willaim B. Hicky, 1801 West End Avenue, Suite 1550, Nashville, TN 37203-2604 |
| 7694245 | + | Advanced Building Solutions, Inc., c/o Stephen Kough, 109 Tyne Boulevard, Old Hickory, TN 37138-1220 |
| 7684021 | + | Maury County Chancery Court, 41 Public Square, Columbia, TN 38401-3319 |
| 7684035 | | US Bank/Rms, Saint Louis, MO 63166 |
| 7684038 | | Wf/Preferred, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 23:31:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 7684002 | ^ | MEBN | Apr 30 2025 23:25:02 | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 7684003 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 30 2025 23:31:33 | Aidvantage, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 7684005 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 30 2025 23:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 7684004 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 30 2025 23:26:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 7684007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 23:31:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 7684006 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 23:31:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 7684008 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 30 2025 23:42:11 | Capital One Auto Finance, Credit, P O Box 660068, Bureau DISPUTE, Sacramento, CA 95866-0068 |
| 7684009 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 30 2025 23:42:47 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 7687223 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 23:31:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 7707651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 23:31:45 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 7694601 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 23:42:20 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 7687783 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 23:31:25 | Centennial Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 7684010 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 30 2025 23:26:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 7684011 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 30 2025 23:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 7684012 | | Email/Text: bankruptcycourts@equifax.com | Apr 30 2025 23:26:00 | Equifax Information Services LLC, P O Box 740256, Atlanta, GA 30374 |
| 7684013 | | Email/Text: BankruptcyNoticing@libertyfcu.org | Apr 30 2025 23:26:00 | Evansville Teachers Fcu/Liberty Federal, 4401 Theater Dr, Evansville, IN 47715-1967 |
| 7684014 | | Email/Text: BankruptcyNoticing@libertyfcu.org | Apr 30 2025 23:26:00 | Evansville Teachers Fcu/Liberty Federal, Attn: Bankruptcy, 4401 Theater Dr, Evansville, IN 47715-1967 |
| 7684015 | ^ | MEBN | Apr 30 2025 23:24:34 | Experian, P O Box 4500, Allen, TX 75013-1311 |
| 7684017 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 30 2025 23:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 7684016 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 30 2025 23:26:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 7704605 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 30 2025 23:26:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 7692894 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 30 2025 23:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7697826 | + | Email/Text: RASEBN@raslg.com | Apr 30 2025 23:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7684018 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2025 23:31:53 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 7684020 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 23:42:46 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 7684019 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 23:31:30 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 7710871 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 23:31:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7684023 | | Email/Text: EBN@Mohela.com | Apr 30 2025 23:26:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 7684022 | ^ | MEBN | Apr 30 2025 23:25:09 | MOHELA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 7684024 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 23:26:00 | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 7684025 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 23:26:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 7713006 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 23:26:00 | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 7709275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 23:43:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 7735116 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 23:31:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 7709498 | | Email/Text: bnc-quantum@quantum3group.com | Apr 30 2025 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 7684000 | | Email/Text: notice@keithslocum.com | Apr 30 2025 23:26:00 | Keith D. Slocum, 370 Mallory Station Road Suite 504, Franklin, TN 37067 |
| 7701961 | + | Email/Text: bankruptcyreports@wakeassoc.com | Apr 30 2025 23:26:00 | SPRING HILL IMAGING, LLC, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 7684026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 23:31:33 | Syncb/ccdstr, PO Box 71757, Philadelphia, PA 19176-1757 |
| 7684027 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 23:31:57 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7684029 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 23:31:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7684028 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 23:32:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 7684030 | ^ | MEBN | Apr 30 2025 23:24:40 | TransUnion Consumer Solutions, P O Box 2000, Chester, PA 19016-2000 |
| 7684034 | | Email/Text: bankruptcies@uplift.com | Apr 30 2025 23:26:00 | Uplift Inc, Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 7706693 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 30 2025 23:26:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 7684036 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 30 2025 23:26:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 7691624 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 30 2025 23:42:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 7684037 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 30 2025 23:43:12 | Wf/Preferred, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7684031 | | Unknown Plaintiff |
| 7684032 | | Unknown Plaintiff |
| 7684033 | | Uplift Inc |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BONNIE CULP | on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com |
| Brooks Brasfield | on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email |
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com |
| KEITH DAVID SLOCUM | on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com |
| MITCHELL CRAIG SMITH | on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM HICKY | on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com |

TOTAL: 8

SO ORDERED.
SIGNED 29th day of April, 2025

Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Jeffery Wayne Lovell  BK: 24-01377-CW1-13

Debtor

**AGREED ORDER ALLOWING PLAN TO CONTINUE AND
PLACING DEBTOR ON PROBATION**

This matter was set for hearing on April 16, 2025, upon the Trustee's Motion to Dismiss for Failure of the Debtor to Fund the Plan with the objection raised by the Debtor. Prior to the call of the docket, the parties agreed for these matters to be resolved by Agreed Order.

IT IS THEREFORE ORDERED:

1. The Trustee's Motion To Dismiss is denied

1

2. The debtor shall forward all tax refunds received subsequent to this order to the trustee for application to the plan

3. The case will be on probation providing for dismissal upon application and order if payments are missed.

4. The debtor shall attend the Trustee's Financial Workshop within 30 days of entry of this order.

**This Order is signed and entered electronically as indicated at the top of this page.**

APPROVED FOR ENTRY:

/s/ Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Slocum Law
Attorney for the debtor
370 Mallory Station Road, Ste 504
M (615) 656-3344
F (615) 647-0651
notice@keithslocum.com

/s/ Henry E Hildebrand III

Digitally signed by /s/ Henry E Hildebrand III
DN: CN=/s/ Henry E Hildebrand III
Reason: I am the author of this document
Location:
Date: 2025.04.29 14:54:46-05'00'
Foxit PDF Reader Version: 2024.4.0

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
Phone - 615/244-1101
Fax 615/242-3241
aoecf@ch13nsh.com

2