United States Bankruptcy Court

Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-01377-CMW |
| Jeffery Wayne Lovell | Chapter 13 |
| Tiffany Nicole Lovell | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 2
Date Rcvd: May 01, 2025     Form ID: pdf009     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

**Name**     **Email Address**

BONNIE CULP
    on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com

Brooks Brasfield
    on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
    on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
    on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MITCHELL CRAIG SMITH
    on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com

US TRUSTEE     ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY     on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com

TOTAL: 8

SO ORDERED.
SIGNED 1st day of May, 2025



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

LHB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    CASE NO. 24-01377-CW1-13
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL
1399 CLIFF AMOS RD
SPRING HILL, TN  37174

SSN XXX-XX-8817     SSN XXX-XX-4274

### ORDER DIRECTING INTERNAL REVENUE SERVICE
### TO TRANSMIT REFUNDS TO THE TRUSTEE

The above debtor(s) having filed a voluntary petition for relief in this court pursuant to Chapter 13 of Title 11 of the United States Bankruptcy Code and further, as a provision of their Chapter 13 plan, having dedicated any tax refunds to which such debtor(s) may be entitled to fund such plan and this court, being vested with the authority to direct such refunds be paid to the Trustee pursuant to 11 U.S.C. §1325(C) and 11 U.S.C. 105, it is therefore:

Ordered that the Internal Revenue Service transmit and pay to the standing Chapter 13 Trustee:

HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
615-244-1101
pleadings@ch13nsh.com

Any and all tax refunds to which the debtor(s) might be entitled pending further orders of the court.

CENTRALIZED INSOLVENCY
OPERATION
P O BOX 7346
PHILADELPHIA PA  19101-7346

APPROVED BY:

/s/ HENRY E. HILDEBRAND, III

HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.