# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL

Bk. No. 24-01377-CW1-13
Chapter 13
JUDGE CHARLES M WALKER

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 7/3/25.
IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 7/16/25 AT 9:30
AM Joint Hearing Courtroom (COL); (Virtual hearing if allowed; see website for
details); 701 Broadway, Nashville, TN 37203 .**

---

## NOTICE OF MOTION TO DISMISS FOR CAUSE
## PURSUANT TO 11 U.S.C. § 1307(c)

---

Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief: Motion To Dismiss For Cause Pursuant to 11 U.S.C. § 1307(c).

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584. The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response, the date of the scheduled hearing, and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
www.ch13nsh.com
pleadings@ch13nsh.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL

CASE NO. 24-01377-CW1-13
Chapter 13
JUDGE CHARLES M WALKER

## MOTION TO DISMISS FOR CAUSE
## PURSUANT TO 11 U.S.C. § 1307(c)

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully moves this Court to dismiss the above-styled case for cause pursuant to 11 U.S.C. § 1307(c) for the debtors' failure to comply with the terms of the AGREED ORDER ALLOWING PLAN TO CONTINUE AND PLACING DEBTOR ON PROBATION entered on April 30, 2025 at docket entry 66.

The Order required the debtors to attend the Trustee's "Financial Management class no later than May 30, 2025. May 30, 2025 has passed, and the debtors still have not attended the Trustee's workshop. The debtors' failure to attend the workshop constitutes a material default by the debtors with respect to this Court's Order. Accordingly, the debtors' case should be dismissed pursuant to Section 1307(c).

WHEREFORE, THE PREMISES CONSIDERED, the Trustee respectfully moves this Court to dismiss the above-styled case, for cause, for the debtors' failure to attend the Trustee's Financial Management Class.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
www.ch13nsh.com
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on JEFFERY WAYNE LOVELL & TIFFANY NICOLE LOVELL, 1399 Cliff Amos Rd, Spring Hill, TN 37174;

and by email by Electronic Case Noticing to The Office of the United States Trustee, and
KEITH D SLOCUM, Debtors' counsel
on this 12th day of June, 2025.

                                                            /s/ Henry E. Hildebrand, III
                                                            HENRY E. HILDEBRAND, III
                                                            Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JEFFERY WAYNE LOVELL        CASE NO. 24-01377-CW1-13
TIFFANY NICOLE LOVELL       Chapter 13
                            JUDGE CHARLES M WALKER

## DRAFT ORDER DISMISSING CASE FOR CAUSE
## PURSUANT TO 11 U.S.C. § 1307(c)

It appearing to the Court, based upon the certification of the Trustee as indicated by his electronic signature below, that the Trustee, has filed a Motion to Dismiss for Cause Pursuant to 11 U.S.C. § 1307(c), and that pursuant to Rule 9013-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, has forwarded a copy of that Motion along with notice and an opportunity to be heard to the debtors, debtors' counsel, and the Assistant U.S. Trustee and that no affected party in interest has objected to or requested a hearing on the Trustee's Motion, it is

ORDERED, the above-styled case is dismissed for cause for the debtor's failure to attend the Trustee's Financial Management class pursuant to the AGREED ORDER ALLOWING PLAN TO CONTINUE AND PLACING DEBTOR ON PROBATION , entered April 30, 2025, at

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
www.ch13nsh.com
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.