Certificate Number: 01186-TNM-DE-039970051

Bankruptcy Case Number: 24-01377



01186-TNM-DE-039970051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2025, at 10:00 o'clock AM CDT, TIFFANY LOVELL completed a course on personal financial management given in person by Henry E. Hildebrand III, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Tennessee.

Date: August 12, 2025

By: /s/Karen Miles

Name: Karen Miles

Title: Debtor Counselor