# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. **24-01377-CW1-13** |
| JEFFERY WAYNE LOVELL | Chapter 13 |
| TIFFANY NICOLE LOVELL | |

### Notice of Final Cure Payment on PreConfirmation Arrearage

The Trustee files Notice that the amount required to cure the preconfirmation default in the below claim has been paid in full.

**Name of Creditor:**                                            **Court Claim no.** (if known) **17**
**ONSLOW BAY FINANCIAL LLC**

**Last four digits** of any number used to identify the debtor's account:    **2725**

| **Final Cure Amount** | |
|---|---|
| Amount of Allowed PrePetition Arrearage | **$3,235.54** |
| Amount Paid by Trustee | **$3,235.54** |
| Amount of Allowed Preconfirmation Gap Payment(s) | **$11,566.80** |
| Amount Paid by Trustee | **$11,566.80** |
| **Monthly Ongoing Mortgage Payment is paid:** | |
| ⊙    Thru the Chapter 13 Trustee conduit.      O    Direct by Debtor | |

Within 21 days of the service of this Notice, the creditor should file and serve on the debtor(s), debtor(s') counsel and the trustee a statement indicating if it disagrees that the trustee has paid in full the amount required to cure the preconfirmation default.

The trustee is continuing to make payments on the post confirmation payments.

Dated: August 14, 2025                                 Respectfully submitted,
                                                                                     /s/ Henry E. Hildebrand, III
                                                                                     HENRY E. HILDEBRAND, III
                                                                                     CHAPTER 13 TRUSTEE
                                                                                     P O BOX 340019
                                                                                     NASHVILLE, TN 37203
                                                                                     PHONE: 615-244-1101
                                                                                     pleadings@ch13nsh.com

cc:

JEFFERY WAYNE LOVELL & TIFFANY NICOLE LOVELL ;  1399 CLIFF AMOS RD, SPRING HILL, TN  37174

ONSLOW BAY FINANCIAL LLC;  NATIONSTAR MORTGAGE LLC DBA MR COOPER, P O

LOGS LEGAL GROUP LLP;  10130 PERIMETER PKWY STE 400, CHARLOTTE, NC  28216