United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 24-01377-CMW
Jeffery Wayne Lovell  Chapter 13
Tiffany Nicole Lovell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-1      User: admin      Page 1 of 2
Date Rcvd: Aug 20, 2025      Form ID: dbclmfrm      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7895847 | + | Email/Text: EBN@edfinancial.com | Aug 20 2025 23:43:00 | US Department of Education, PO Box 790322, St Louis, MO 63179-0322 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

**Name**      **Email Address**

BONNIE CULP
    on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com

Brooks Brasfield
    on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL
    on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM
    on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MITCHELL CRAIG SMITH
    on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
    on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com

TOTAL: 8

Form DBCLMFRM

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

Case No. <u>1:24−bk−01377</u>

Chapter 13

In re:

| | |
|---|---|
| Jeffery Wayne Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 | Tiffany Nicole Lovell<br>1399 Cliff Amos Rd<br>Spring Hill, TN 37174 |

Social Security No.:
xxx−xx−8817                                            xxx−xx−4274

Employer's Tax I.D. No.:

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 8/20/25 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

US Department of Education
PO Box 790322
St Louis, MO 63179

Amount of Claim $ 11455.00 (amends Clm #19)

The deadline for filing is , except that the deadline for filing claims by a governmental unit is .

BY THE COURT

Dated: <u>8/20/25</u>

<u>Vanessa A Lantin</u>
Court Clerk

BY: /s/ mhg
Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.