**SO ORDERED.**
**SIGNED 26th day of August, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Charles M. Walker**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Jeffery Wayne Lovell                                              BK: 24-01377
Tiffany Nicole Lovell

Debtors

## ORDER DENYING TRUSTEES MOTION TO DISMISS FOR CAUSE PURSUANT TO 11 U.S.C. § 1307(c)

This matter was set by the Court on August 20, 2025, on the Trustee's Motion to Dismiss for Cause with objection raised by the Debtors. Prior to the hearing, the parties advised the Court that this matter was resolved, and the motion should be denied.

IT IS, THEREFORE ORDERED, that the Trustee's Motion to Dismiss for Cause is denied.

**This order was signed and entered electronically as indicated at the**

**top of the page**

APPROVED FOR ENTRY:

_____/s/ Keith D Slocum_____
Keith D. Slocum- BPR No. 023024
Attorney for Debtor
370 Mallory Station Road Suite 504
Franklin TN 37067
Phone - 615-656-3344
notice@keithslocum.com