United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 24-01377-CMW
Jeffery Wayne Lovell  Chapter 13
Tiffany Nicole Lovell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 2
Date Rcvd: Aug 26, 2025     Form ID: pdf004     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE CULP | on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com |
| Brooks Brasfield | on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email |
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com |
| KEITH DAVID SLOCUM | on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com |
| MITCHELL CRAIG SMITH | |

| | |
|---|---|
| | on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com csmith_045@ecf.courtdrive.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM HICKY | on behalf of Creditor Advanced Building Solutions Inc. will@hickylaw.com |

TOTAL: 8

SO ORDERED.
SIGNED 26th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Jeffery Wayne Lovell                                           BK: 24-01377
Tiffany Nicole Lovell

Debtors

### ORDER DENYING TRUSTEES MOTION TO DISMISS
### FOR CAUSE PURSUANT TO 11 U.S.C. § 1307(c)

This matter was set by the Court on August 20, 2025, on the Trustee's Motion to Dismiss for Cause with objection raised by the Debtors. Prior to the hearing, the parties advised the Court that this matter was resolved, and the motion should be denied.

IT IS, THEREFORE ORDERED, that the Trustee's Motion to Dismiss for Cause is denied.

**This order was signed and entered electronically as indicated at the**

1

top of the page

APPROVED FOR ENTRY:

/s/ Keith D Slocum
Keith D. Slocum- BPR No. 023024
Attorney for Debtor
370 Mallory Station Road Suite 504
Franklin TN 37067
Phone - 615-656-3344
notice@keithslocum.com