United States Bankruptcy Court

Middle District of Tennessee

In re:

Jeffery Wayne Lovell

Tiffany Nicole Lovell

    Debtors

Case No. 24-01377-CMW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0650-1      User: admin      Page 1 of 2

Date Rcvd: Apr 08, 2026      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID**      **Recipient Name and Address**

db/jdb      +   Jeffery Wayne Lovell, Tiffany Nicole Lovell, 1399 Cliff Amos Rd, Spring Hill, TN 37174-2508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name**      **Email Address**

BONNIE CULP

     on behalf of Creditor Onslow Bay Financial LLC LOGSECF@logs.com

BRIAN K JORDAN

     on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com bjordan@ecf.courtdrive.com

Brooks Brasfield

     on behalf of Creditor Advanced Building Solutions Inc. brooks@thompsonburton.com, brasfb@recap.email

HENRY EDWARD HILDEBRAND, III

     hhecf@ch13nsh.com

JUSTIN TIMOTHY CAMPBELL

     on behalf of Creditor Advanced Building Solutions Inc. justin@thompsonburton.com

KEITH DAVID SLOCUM

     on behalf of Debtor Jeffery Wayne Lovell notice@keithslocum.com slocum.keithb121698@notify.bestcase.com

MITCHELL CRAIG SMITH
                    on behalf of Creditor Onslow Bay Financial LLC bkecfinbox@aldridgepite.com  csmith_045@ecf.courtdrive.com

US TRUSTEE
                    ustpregion08.na.ecf@usdoj.gov

WILLIAM HICKY
                    on behalf of Creditor Advanced Building Solutions  Inc. will@hickylaw.com


TOTAL: 9

SO ORDERED.
SIGNED 8th day of April, 2026



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Charles M. Walker**
**U.S. Bankruptcy Judge**

TW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                      CASE NO. 24-01377-CW1-13

JEFFERY WAYNE LOVELL
TIFFANY NICOLE LOVELL

## ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN
## TO MODIFY CONTINUING PAYMENT
## PURSUANT TO SECTION 3.1 OF CONFIRMATION ORDER

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Direct debtor 1 to increase from **$12,506.00 MONTHLY to $13,020.00 MONTHLY**

The continuing **mortgage** payment made to **ONSLOW BAY FINANCIAL LLC** shall increase from **$2,363.27 to $2,628.63** beginning with the **04/26** disbursement.

The base shall **increase from $749,945.00 to $760,560.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors.

Impacted creditors may be:

**LIBERTY FCU** at **$411.00** per month.

**CAPITAL ONE AUTO FINANCE** at **$321.00** per month.

**ADVANCED BUILDING SOLUTIONS INC** at **$7876.00** per month.

APPROVED FOR

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

**NOTICE TO:**

JEFFERY WAYNE LOVELL  & TIFFANY NICOLE LOVELL   1399 CLIFF AMOS RD, SPRING HILL, TN  37174

KEITH D SLOCUM  PO BOX 680729, FRANKLIN, TN  37068

ONSLOW BAY FINANCIAL LLC NATIONSTAR MORTGAGE LLC DBA MR COOPER, P O BOX 619094, DALLAS, TX  75261

5ONSLOW BAY FINANCIAL LLC  NATIONSTAR MORTGAGE LLC ATTN BK DEPT, P O BOX 619096, DALLAS, TX  75261;3

55LOGS LEGAL GROUP LLP  8520 CLIFF CAMERON DR STE 330,  CHARLOTTE, NC 282694

**AFFECTED CREDITORS**
LIBERTY FCU
CAPITAL ONE AUTO FINANCE
ADVANCED BUILDING SOLUTIONS INC